UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATLAS TUBE (CHICAGO), LLC,

    Plaintiff,

Case No. 17-cv-10977
Hon. Matthew F. Leitman

v.

CAMRYN FABRICATION, LLC,
d/b/a PRO-WELD,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice and without costs.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2017, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (313) 234-5113